# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br>    Plaintiff,<br><br>        v.<br><br>BEDI & SONS LLC,<br>    Defendant. | 5:23-cv-1559-DSF-SPx<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Nelson Chilin and against Defendant Bedi & Sons LLC.  Defendant is ordered to alter the parking facility at the public accommodation and business establishment located at 18184 Valley Blvd., Bloomington, California, in compliance with the Americans with Disabilities Act.  Defendant is further ordered to pay to Plaintiff $5,507.00, comprised of $4,000 in statutory damages, $970 in fees, and $537 in costs.

Date:  March 7, 2024

                                                Dale S. Fischer<br>                                                United States District Judge